IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ʰᵍ  D.C.
05 JUN 20 AM 10: 35

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           No. 02-20384 B

CHEVIS PARKS,

    Defendant.

## ORDER FOR TRANSCRIPT

On May 6, 2003, a change of plea hearing was held in the above-styled matter. It is necessary to have a transcript of the proceedings in order for the Court to properly rule on the motion of Chevis Parks to vacate or set aside the sentence imposed in the captioned case, which is currently pending in civil action No. 04-3064.

It is therefore ORDERED that a transcript of the change of plea hearing be prepared by the court reporter, Mark Dodson. The Clerk of Court is directed to forward a copy of this order to the offices of the court reporter.

ENTERED this 17th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:02-CR-20384 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Jonathan Mark Minkus
THE LAW OFFICES OF ABRAMS & MINKUS
5225 Old Orchard Rd.
Ste. 50
Skokie, IL 60077

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT